**Francis G. Fanning**
**Attorney at Law**
**500 E. Southern Avenue, Suite B**
**Tempe, Arizona 85282**
**(480) 731-9142**
**State Bar No. 5419**
**Attorney for Plaintiff**

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **Innocent Ruwigema,** | |
| **Plaintiff,** | **No.   2:11-cv-02127 PHX FJM** |
| **v.** | |
| **The Cedar Sanctuary, LLC.,** **Shella Michel,** | **Notice of Dismissal** |
| **Defendants.** | |

The Plaintiff, by and through his attorney, gives notice to the court that this matter has been settled, and Plaintiff seeks dismissal of the complaint with prejudice in accordance with Rule 41(a), Fed. R. Civ. P.

Dated March 28, 2012.

S/ Francis G. Fanning
FRANCIS G. FANNING
500 East Southern Avenue, Suite B
Tempe, Arizona  85282
(480) 731-9142
State Bar Number 5419
Attorney for Plaintiff

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

v.

Page 2